**IT IS SO ORDERED.**

**Dated: 02:51 PM December 09 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

200900151
(iss)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 08-54634 |
| Rebecca L Lively | Chapter 13<br>Judge Marilyn Shea-Stonum |
| Debtor | |
| | **AGREED ORDER OF US BANK, NA FOR RELIEF FROM STAY (130 CANTERBURY LANE, UNIT 30 D, MEDINA, OH 44256)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by US Bank, NA ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows: The post-petition arrearage due as of December 2009, is $4,167.67, which amount consists of 2 payments (8/09 through 9/09) at $638.63 each, 3 payments (10/09 through 12/09) at $694.57 each, 2 late charges (8/09 through 9/09) at $25.55 each, 3 late charges (10/09 through 12/09) at $27.78 each, post petition property inspections at $100.00, and $425.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion, less $2.74 in debtor's suspense account.**

**In order to cure said post-petition arrearage, Creditor is permitted to file a Supplemental Proof of Claim in the amount of $4,167.67, which consists of $425.00 for attorney fees associated with the Motion and $150.00 for court costs incurred herein for filing the Motion, regular monthly mortgage payments for August, 2009 through December, 2009, accrued late charges and post petition property inspection charges.**

**All payments shall be tendered to:**

> **U.S. Bank Home Mortgage**
> **4801 Frederica Street**
> **Owensboro, KY 42301**

**This payment address is subject to change.**

**Failure by the Debtor to make any payment described above shall**

**constitute a default.**

**IT IS THEREFORE, ORDERED:**

1.  The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a payment due January 1, 2010. Failure by the Debtor to make any payment within **15** days of the date due shall constitute a default.

2.  Upon the existence of a default, Movant's counsel may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3.  If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns. **The only ground**

**for objection to such an Order shall be that payments were timely made.**

###

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Steven H. Patterson<br>Steven H. Patterson, Case Attorney<br>LERNER, SAMPSON & ROTHFUSS<br>Ohio Supreme Court #0073452<br>Romi T. Fox, Attorney<br><br>Ohio Supreme Court #0037174<br><br>A Legal Professional Assoc.<br>P.O. Box 5480<br>Cincinnati, Ohio 45201-5480<br>(513) 241-3100 ext. 3373<br>(513) 354-6464 fax<br>nohbk@lsrlaw.com<br><br>Attorneys for Movant,<br>US Bank, NA | /s/ Guy E Tweed<br>Guy E Tweed, II, Case Attorney<br>Ohio Supreme Court #0024974<br>Guy E. Tweed II<br>4141 Rockside Road, Suite 230<br>Seven Hills, OH 44131-2537<br>216-447-1986<br>tweedlaw@ameritech.net<br><br><br><br><br><br><br><br>Attorney for Debtor(s),<br>Rebecca L. Lively |

/s/ Keith L Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel. 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

COPIES TO:

Rebecca L. Lively, Debtor
130 D. Canterbury Lane
Medina, Ohio 44256
ORDINARY US MAIL, POSTAGE PRE-PAID

Medina County Treasurer, Creditor
144 North Broadway
Medina, Ohio 44256
ORDINARY US MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio  44114
VIA ELECTRONIC SERVICE

Steven H. Patterson, Esq., Attorney for Creditor
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480
VIA ELECTRONIC SERVICE

Keith Rucinski, Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308
VIA ELECTRONIC SERVICE

Guy E Tweed, II, Esq., Attorney for Debtors
4141 Rockside Road
Suite 230
Seven Hills, OH 44131
tweedlaw@ameritech.net
VIA ELECTRONIC MAIL